IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH GRIFFIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 13-CV-0702-CVE-FHM |
| | ) |
| INDEPENDENT SCHOOL DISTRICT | ) |
| NO. 1 OF TULSA COUNTY, | ) |
| OKLAHOMA; and DONNA GILFORD, in | ) |
| her Individual Capacity, | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Kenneth Griffin, by and through his attorney of record William D. Thomas, and Defendants Independent School District No. 1 of Tulsa County, Oklahoma, and Donna Gilford, by and through their attorney of record Kent B. Rainey, hereby stipulate pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure to the Plaintiff's dismissal **with prejudice** of all of his claims asserted in the above-styled cause against all the Defendants, with each of the parties to bear their own respective attorney fees and costs.

Dated this 21st day of May, 2014.

/s/ William D. Thomas
William D. Thomas, OBA #21554
James C. Thomas, OBA #8935
THOMAS LAW FIRM, PLLC
1621 S. Harvard Ave.
Tulsa, Oklahoma 74112
(918)835-4555
(918)835-2125 Fax
**ATTORNEY FOR PLAINTIFF**

        /s/ Kent B. Rainey
        J. Douglas Mann, OBA No. 5663
        Kent B. Rainey, OBA No. 14619
        Staci L. Roberds, OBA No. 18985
        *(Signed by Filing Attorney*
        *with permission)*
        ROSENSTEIN, FIST & RINGOLD
        525 South Main, Suite 700
        Tulsa, OK 74103
        (918) 585-9211 – telephone
        (918) 583-5617 – facsimile
        borainey@rfrlaw.com
        **ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF DELIVERY

I hereby certify that on the date of filing, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kent B. Rainey electronic mail at borainey@rfrlaw.com
J. Douglas Mann electronic mail at dougm@rfrlaw.com
***Attorneys for Defendants***

        /s/ William D. Thomas